NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD REBSTOCK,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7169

---

Appeal from the United States Court of Appeals for Veterans Claims in 12-1171, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Richard Rebstock submits a "motion to proceed" and a "motion to affirm petition." The government responds to the motion to affirm.

To the extent that his motions seek immediate consideration of his case, Rebstock's appeal is under consideration by the court and a disposition will issue in due

RICHARD REBSTOCK v. SHINSEKI                                      2

course. Thus no motion is necessary. To the extent Rebstock is arguing the merits of his case, those arguments belong in his brief, not motions. Nonetheless, the court will construe the motion to affirm as a request for supplemental briefing.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Rebstock's motions are denied.

(2) The motion to affirm is deemed supplemental briefing. Copies shall be transmitted to the merits panel assigned to the case.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s23